

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY    shy            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

      vs.

Contreras, Daniel

               Defendant.

Case No.: SA CR 06 - 124 (A) - DOC

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ CD CA _____, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _background cmty ties unknown due to failure to interview; bail resources unknown; nature of allegations, which evidence a lack of_

amenability to supervision

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Commission of new offenses while under supervision; Indication def may have been selling drugs; Continuing gang affiliation; criminal history record_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: ___9/13/11___

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE